**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: December 7 2018**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-32417 |
| Bernard J. Steinmiller<br>Kimilee J. Steinmiller | CHAPTER 13 |
| Debtors. | JUDGE John P. Gustafson |

**AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (DOCKET NUMBER 29)**

This matter having come on before the Court upon the Objection to Confirmation of Plan filed herein by the secured creditor, Exeter Finance, LLC ("Creditor"); and it appearing to the Court that the parties have agreed to a course of action which will resolve the objection. Counsel for Creditor and Counsel for Debtor have agreed that the 2013 HONDA FIT - VIN JHMGE8H32DC017382 will be paid through the Plan in the secured value amount of $7,637.50 and interest at 7.25% "Till" interest. The remainder of the claim shall be paid as an unsecured claim.

###

SUBMITTED AND APPROVED BY:

 /s/ D. Anthony Sottile
D. Anthony Sottile (0075101)
Jon Lieberman (0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com

 /s/ Gordon R. Barry
Gordon R. Barry (0010883)
420 Madison Avenue
1010 Ohio Bldg
Toledo, OH 43604
Phone: 419-241-6285
GRB1@accesstoledo.com
(Per authorization received via e-mail on 12/04/2018)

 /s/ Elizabeth A. Vaughan
Elizabeth A. Vaughan (0016301)
Office of the Chapter 13 Trustee
316 N. Michigan Street #501
Toledo, OH 4360
Phone: 419-255-0675
13ECFNotices@chapter13toledo.com
Chapter 13 Trustee
(Per authorization received via e-mail on 12/05/2018)

COPIES TO:

Gordon R. Barry, Attorney for Debtor, at GRB1@accesstoledo.com (VIA ECF MAIL)

Elizabeth A. Vaughan, Chapter 13 Trustee, at 13ECFNotices@chapter13toledo.com (VIA ECF MAIL)

United States Trustee, at (registered address)@usdoj.gov (VIA ECF MAIL)

Bernard J. Steinmiller, 219 Richards Rd, Toledo, OH 43607 (VIA U.S. MAIL)

Kimilee J. Steinmiller, 219 Richards Rd, Toledo, OH 43607 (VIA U.S. MAIL)